# AFFIDAVIT

I, Jeffrey A. Lowery, United States Postal Inspector, being duly sworn, do hereby depose and say:

1. I am a U.S. Postal Inspector and have been so employed for over 1 year and 9 months, presently assigned to the Columbia, South Carolina domicile to investigate crimes involving the U.S. Mail, including the trafficking of narcotics and proceeds from the sale of narcotics. As a U.S. Postal Inspector, I have experience and received training in the detection and investigation of narcotics and narcotics proceeds trafficking. I was previously a Special Agent with HUD-OIG for 12 years.

2. As used herein, the following terms are defined as follows:
    a. SUBJECT PARCEL refers to USPS Priority Mail parcel # 9505 5108 7533 8029 1692 28 containing the RETURN ADDRESS and ADDRESSEE as defined below. SUBJECT PARCEL can further be described as a white USPS Large Flat Rate Box taped with clear packing tape measuring 12" x 12" x 5.5", weighing approximately 4 lbs. 4.5 oz. and bearing $18.90 in U.S. postage. SUBJECT PARCEL was mailed on January 29, 2018, from the San Lorenzo, CA 94580 Post Office.
    b. ADDRESSEE refers to Ms. Butler 1947 Dutch Fork Rd #731, White Rock, SC 29177.
    c. RETURN ADDRESS refers to Sherry Lee 958 Woodland Ave, San Leandro, CA 94577.
    d. STATUTE refers to 21 U.S.C. § 841(a)(1) & 21 USC § 843(b).
    e. K9 refers to narcotic canine Nadia.
    f. K9 HANDLER refers to South Carolina Law Enforcement Division Special Agent Downey.

3. Based on the information contained in this affidavit, I assert that probable cause exists that SUBJECT PARCEL contains controlled substances in violation of STATUTE.

4. On January 31, 2018, I made electronic inquiries of the Reuters/CLEAR database to confirm the validity of RETURN ADDRESS contained on SUBJECT PARCEL. The Reuters/CLEAR inquiry showed that RETURN ADDRESS is a valid address, but the return addressee could not be associated with RETURN ADDRESS.

5. On January 31, 2018, I made electronic inquiries of the Reuters/CLEAR database to confirm the validity of the ADDRESSEE contained on SUBJECT PARCEL. The Reuters/CLEAR inquiry showed that the address is a valid physical address for a Post Office PO Box and the ADDRESSEE is associated with that address. Reuters/CLEAR has proven to be reliable in previous investigations in determining the validity of addresses and names associated with those addresses.



6. I know from training and experience that it is common for traffickers of narcotics and proceeds of narcotics to utilize fictitious names and addresses in mailing parcels containing contraband to avoid detection by law enforcement.

7. I know from training and experience that Priority Mail and Priority Mail Express are commonly used to transport narcotics and narcotics proceeds because of their reliability and the time pressures it places on law enforcement agents to execute a successful controlled delivery.

8. I know from training and experience that California is historically a major source area for narcotics that are illegally trafficked into South Carolina via the U.S. Mail.

9. On January 31, 2018, SUBJECT PARCEL was subjected to K9. K9 alerted positively to SUBJECT PARCEL, which was observed by K9 HANDLER and witnessed by me. According to K9 HANDLER, this positive alert meant K9 detected the odor of an illegal drug emanating from SUBJECT PARCEL.

10. K9 is trained to detect the presence of the odor of ecstasy, marijuana, cocaine, cocaine base, methamphetamine, and heroin. K9 HANDLER and K9 are certified annually as a canine handler and narcotic detection canine and were last certified by the South Carolina Police Canine Association in November 2017.

_____
Jeffrey A. Lowery
U.S. Postal Inspector


Subscribed and sworn to before me
This 31st day of January 2018
Columbia, South Carolina

_____
The Honorable Paige J. Gossett
U.S. Magistrate Judge for the U.S. District Court
District of South Carolina